IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE ROBINSON,

    Plaintiff,                    No. CIV S-07-0140 WBS DAD P

    vs.

R.N. PURCELL, et al.,

    Defendants.               <u>ORDER</u>

_____/

        On February 14, 2007, this court issued findings and recommendations that this action be dismissed due to the plaintiff's failure to keep the court apprised of his current address. On February 27, 2007, plaintiff filed a declaration in this action that contained his current address. The court will vacate the findings and recommendations. However, plaintiff is advised that Local Rule 83-182(f) requires that a party appearing in propria persona inform the court of any address change.

        On January 22, 2007, plaintiff and eleven other pretrial detainees confined in the Solano County Jail filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. On January 31, 2007, this court found that each plaintiff should proceed separately on his own claims. The court granted plaintiff's application to proceed in forma pauperis and granted plaintiff thirty days leave to file an amended complaint. On February 27, 2007, plaintiff filed a declaration in support of

1

class certification and a notice of motion to alter or amend the judgment. For reasons already explained in this court's January 31, 2007 order, plaintiff must proceed separately on his own claims. In addition, plaintiff is advised that no judgment has been entered in this action.

Plaintiff has not yet filed an amended complaint. Plaintiff's February 27, 2007 declaration suggests plaintiff wishes to proceed with this action but needs additional time to file an amended complaint. Accordingly, the court will grant plaintiff thirty days from the date of this order to file an amended complaint.

Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's February 14, 2007 findings and recommendations are vacated;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

3. Plaintiff's February 27, 2007 request for appointment of counsel is denied.

DATED: March 14, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robi0140.vac33a.36ac

2